**Heather C. Beasley, OSB #965443**
E-mail: hbeasley@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel: (503) 222-4422
Fax: (503) 222-4428

**Of Attorneys for Defendant**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - MEDFORD DIVISION

| | |
|---|---|
| THOMAS SEARCH, | Case No. _____ |
| Plaintiff, | |
| v. | **DEFENDANT ARTISAN AND TRUCKERS CASUALTY COMPANY'S NOTICE OF REMOVAL ACTION UNDER 28 U.S.C. 1332, 1441, AND 1446** |
| ARTISAN AND TRUCKERS CASUALTY COMPANY, | DEMAND FOR JURY TRIAL |
| Defendant. | |

TO:   CLERK OF THE ABOVE-ENTITLED COURT

Defendant, ARTISAN AND TRUCKERS CASUALTY COMPANY (hereafter "Defendant"), through undersigned counsel, hereby removes the above-captioned action from the Circuit Court of the State of Oregon, County of Lake, to the United States District Court of Oregon, Medford Division, pursuant to 28 U.S.C.§§ 1332, 1441, and 1446, and respectfully files this Notice of Removal and states:

Page 1   **DEFENDANT ARTISAN AND TRUCKERS CASUALTY COMPANY'S NOTICE OF REMOVAL ACTION UNDER 28 U.S.C. 1332, 1441, AND 1446**
L:\40\SEARCH\PLD\USDC REMOVAL DOCS\Federal\NOTICE OF REMOVAL.docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422 F (503) 222-4428

1. As more fully set forth below, this case is properly removed to this Court because defendant has satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

**All Procedural Requirements Have Been Met**

2. On the 9th day of May, 2023, Plaintiff filed a Complaint alleging $600,000.00 in damages, which damages are above the $75,000 amount necessary for removal to Federal Court.

3. Thirty (30) days have not yet expired since the case became removable to this Court. The original Complaint was filed less than one year ago.

4. The Circuit Court for the State of Oregon for the County of Lake is located within the District of Oregon, Medford Division. Therefore, venue is proper pursuant to 28 U.S.C. § 117 because this Court is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. No previous application has been made for the relief requested herein.

6. Pursuant to U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff and a copy is being filed with the Clerk of the Court for the Circuit Court of the State of Oregon for the County of Lake.

7. This notice is signed pursuant to Federal Rule of Civil Procedure 11.

8. Defendant reserves the right to supplement or amend this Notice of Removal.

9. If any question arises as to the propriety of the removal of this action, defendant requests the opportunity to present a brief and request oral argument in support of removal.

**Court Has Subject Matter Jurisdiction Pursuant to U.S.C. §§ 1332 and 1441**

10. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 because this is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and because there is complete diversity of citizenship between Plaintiff and the properly joined and served Defendant.

Page 2   DEFENDANT ARTISAN AND TRUCKERS CASUALTY COMPANY'S NOTICE OF REMOVAL ACTION UNDER 28 U.S.C. 1332, 1441, AND 1446
L:\40\SEARCH\PLD\USDC REMOVAL DOCS\Federal\NOTICE OF REMOVAL.docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW Market St, Suite 1800
Portland, Oregon 97201
T (503) 222-4422 F (503) 222-4428

**Diversity Among Parties Exists**

11. Upon information and belief, at the time Plaintiff, THOMAS SEARCH, commenced this action and at all times since, said Plaintiff was and is a resident of the State of Oregon.

12. At the time Plaintiff commenced this action and at all times since, Defendant was and is a Wisconsin corporation with its principal office located in Cleveland, Ohio. Accordingly, the parties are "citizens of different states."

**The Amount in Controversy Requirement is Satisfied**

13. In his Complaint, Plaintiff seeks damages of $600,000.00. It is apparent on the face of the Complaint that the amount is controversy exceeds $75,000, exclusive of interest and costs.

**Consent of Defendants**

14. "When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action." *See* 28 U.S.C. §1446 (b)(2)(A) (emphasis added).

15. There are no other defendants in this action, such that consent to the removal of this action is not required.

16. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all the process, pleadings, and orders filed in the State Court Action and available to this Defendant are being filed with this Notice of Removal.

17. In accordance with 28 U.S.C. 1446(d), a Notice of Filing Notice of Removal is being electronically filed with the circuit court (Lake County, Oregon), with a copy of the same to be served upon Plaintiff.

Page 3    DEFENDANT ARTISAN AND TRUCKERS CASUALTY COMPANY'S NOTICE OF REMOVAL ACTION UNDER 28 U.S.C. 1332, 1441, AND 1446
L:\40\SEARCH\PLD\USDC REMOVAL DOCS\Federal\NOTICE OF REMOVAL.docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422 F (503) 222-4428

**Conclusion**

The requirements for diversity jurisdiction are satisfied, and removal is therefore appropriate. By this Notice of Removal, Defendant does not waive any objections it may have as to service, jurisdiction, and allegations made in the Complaint, and otherwise preserve all defenses to this action. Any admissions of fact or law contained herein are made solely for purposes of this Notice, and Defendant expressly reserves the right to object to usage of said admissions in future pleadings, motions, and/or argument by Plaintiff or any other party to this action.

DATED this 6th day of June, 2023.

> DAVIS ROTHWELL
> EARLE & XÓCHIHUA, P.C.
>
> *s/ Heather C. Beasley*
> _____
> Heather C. Beasley, OSB #965443
> hbeasley@davisrothwell.com
> Of Attorneys for Defendant

Page 4   DEFENDANT ARTISAN AND TRUCKERS CASUALTY COMPANY'S NOTICE OF REMOVAL ACTION UNDER 28 U.S.C. 1332, 1441, AND 1446
L:\40\SEARCH\PLD\USDC REMOVAL DOCS\Federal\NOTICE OF REMOVAL.docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW Market St, Suite 1800
Portland, Oregon 97201
T (503) 222-4422 F (503) 222-4428

## CM/ECF CERTIFICATE

I hereby certify that on the 6th day of June, 2023, I filed: **DEFENDANT ARTISAN AND TRUCKERS CASUALTY COMPANY'S NOTICE OF REMOVAL ACTION UNDER 28 U.S.C. 1332, 1441, AND 1446** electronically through CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> Robert E.L. Bonaparte, OSB No. 883411
> Stephen D. Leggatt, OSB No. 036013
> Bonaparte & Bonaparte, LLP
> One SW Columbia Street, No. 460
> Portland, OR 97204
> Tel:  503-242-0005
> Email: bob@bb-law.net
>         stephen@bb-law.net
>         brooke@bb-law.net
>         *Of Attorneys for Plaintiff*

DATED this 6th day of June, 2023.

> DAVIS ROTHWELL
> EARLE & XÓCHIHUA, P.C.
>
> *s/ Heather C. Beasley*
> _____
> Heather C. Beasley, OSB #965443
> hbeasley@davisrothwell.com
> Of Attorneys for Defendant

Page 1   CERTIFICATE OF SERVICE

**DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.**
200 SW Market St, Suite 1800
Portland, Oregon  97201
T (503) 222-4422 F (503) 222-4428

L:\40\SEARCH\PLD\USDC REMOVAL DOCS\Federal\NOTICE OF REMOVAL.docx