IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

THOMAS SEARCH,

               Plaintiff,

     v.

ARTISAN AND TRUCKERS CASUALTY
COMPANY,

            Defendant.

Case No. 1:23-cv-00820-CL

**ORDER**

---

**CLARKE**, Magistrate Judge.

      Based on the stipulation of the parties (ECF No. 11), signed by all who have appeared

pursuant to Rule 41(a)(1)(A), all claims asserted against Defendant Artisan and Truckers

Casualty Company are hereby dismissed with prejudice. Each party shall bear its own attorneys'

fees and costs incurred in this action. The Clerk is directed to close this matter.

      It is so ORDERED and DATED this _18_ day of _____, 2024.

                                     MARK D. CLARKE
                                     United States Magistrate Judge